James G. Greims v. Bankers Trust Company et al.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 783.]

The People of the State of New York v. Daniel Ahearn.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See 282 App. Div. 920.]

G. Ferrentino v. Macsud Operating Corp.— Application denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.

Anita Manville v. Thomas F. Manville, Jr.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.

In the Matter of the Arbitration between Associated Metals & Minerals Corporation, Respondent, and Yusek M. M. H. O. M. Isletmeleri et al., Appellants.— Motion granted without prejudice to petitioner's rights pursuant to section 578 of the Civil Practice Act. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.